Kenneth WASHAM, Appellant

v.

Amy H. HARTSFIELD, et al., Respondents

WD 77260

Missouri Court of Appeals, Western District.

Order filed: November 18, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied December 23, 2014

Application for Transfer Denied March 31, 2015

Kenneth Washam, Appellant Pro-se

Clinton Adams, Jr., Kansas City, for Respondents

Before Division Two: Joseph M. Ellis, Presiding, Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge

## ORDER

PER CURIAM:

Appellant Kenneth Washam appeals *pro se* from a judgment entered by the Circuit Court of Jackson County in favor of Respondents Amy and Wallace Hartsfield. The circuit court entered the judgment following a trial *de novo* on a small claims property dispute between Appellant and Respondents. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. No jurisprudential purpose would be served by a

formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**